IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: Professional Video Association Inc.

| | | |
|---|---|---|
| Michael J. Horan, | ) | |
| | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  07-629 |
| v. | ) | |
| | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No.  95-16 PJW |
| | | AP 07-95 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 8/24/07 and 9/14/07 was docketed in the District Court on 10/15/07:

> Order upon consideration of the Memorandum of Law filed by plaintiff

> Order upon consideration of the Objections to Findings of Fact and Conclusions of Law filed by plaintiff

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                            Peter T. Dalleo
                                            Clerk of Court

Date: 10/15/07
To:    U.S. Bankruptcy Court
          Counsel