IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL J. HORAN | : |
|     Appellant, | :   Civil Action No. 07-629 GMC |
| v. | : |
| | :   Bankruptcy Case No. 95-16-PJW |
| WILLIAM DANTON, et al. | :   AP 07-95 |
|     Appellees. | : |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of C. William Kenny, Esquire to represent Michael J. Horan in this matter.

Date: 10-31-07                         Signed: _____
                                       Elwyn Evans, Jr., Esq., DE ID No.: 000785
                                       1232 King Street, Suite 100
                                       P.O. Box 1037
                                       Wilmington, DE 19899
                                       302-656-5999
                                       Attorney for Michael J. Horan

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                  _____
                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rile 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _____ to the Clerk's Office upon the filing of this motion.

Date: 10-31-07                         Signed: _____
                                       C. William Kenny, Esq., PA. ID # 82225
                                       TARASI & TARASI, P.C.
                                       510 Third Avenue
                                       Pittsburgh, PA 15216
                                       412-391-7135
                                       Attorney for Michael J. Horan

2007 NOV -1 PM 4:19

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE