IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL J. HORAN | : | |
| Appellant, | : | Civil Action No. 07-629 |
| v. | : | |
| | : | Bankruptcy Case No. 95-16-PJW |
| WILLIAM DANTON, et al. | : | AP 07-95 |
| Appellees. | : | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Louis M. Tarasi, Jr., Esquire to represent Michael J. Horan in this matter.

Date: 10-31-07                Signed: _____

Elwyn Evans, Jr., Esq., DE ID No.: 000785
1232 King Street, Suite 100
P.O. Box 1037
Wilmington, DE 19899
302-656-5999
Attorney for Michael J. Horan

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rile 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _____ to the Clerk's Office upon the filing of this motion.

Date: 10-31-07                Signed: _____

Louis M. Tarasi, Jr., Esq., PA. ID.# 01042
TARASI & TARASI, P.C.
510 Third Avenue
Pittsburgh, PA 15216
412-391-7135
Attorney for Michael J. Horan