LOUIS M. TARASI, JR. *
ELIZABETH M. TARASI

CHRISTINA K. HURNYAK *
C. WILLIAM KENNY
GIANNI FLORO

# TARASI & TARASI, P.C.

## Attorneys and Counselors At Law

510 Third Avenue
Pittsburgh, Pennsylvania 15219-2191
Phone: (412) 391-7135  Fax:  (412) 471-2673
Website:  www.tarasilaw.com
Email:  lawyers@tarasilaw.com

November 20, 2007

The Honorable Gregory M. Sleet
United States District Court
844 King Street, Lock Box 19
Wilmington, DE 19801

      RE:    Horan v. Danton, et al.
               1:07-cv-00629-GMS

Dear Judge Sleet:

This matter came before David B Stratton, Esquire for mediation pursuant to this Court's Standing Order of July 23, 2004.  Both parties have advised Mr. Stratton that mediation of this matter would be of no avail, and he has advised us to write to you so that this matter can proceed to briefing.

This matter was before Your Honor previously. At that time, you directed the parties to mediate.  Given the positions of the parties, however, you waived the mediation requirement and set the matter for briefing and decision.   Nothing has changed as to the relative positions of the parties, after remand by the Third Circuit, and we would jointly ask that the mediation requirement set by the Standing Order be waived, and the Briefing Schedule on this matter issue.

Sincerely,

TARASI & TARASI, P.C.

Louis M. Tarasi, Jr., Esquire
Counsel for Appellant

AND

LEVY, ANGSTREICH, FINNEY,
BALDANTE, RUBENSTEIN & COREN,
P.C.

Steven E. Angstreich, Esquire
Counsel for Appellee

cc:
David B. Stratton, Esquire

*Certified Civil Trial Advocate by the National Board of Trial Advocacy.
A Pennsylvania Supreme Court Approved Agency