IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| PROFESSIONAL VIDEO ASSOC. INC. | : | Bankruptcy Case No. 05-00016 |
| Debtor | : | |
| MICHAEL J. HORAN | : | |
| Appellant | : | |
| v. | : | Civil Action No. 07-629 GMS |
| WILLIAM DANTON, et al. | : | |
| Appellees | : | |

**ORDER**

WHEREAS, on October 12, 2007, a Notice of Appeal of the Order of Bankruptcy Court entered on August 24, 2007, was filed (D.I. 1);

WHEREAS, on October 24, 2007, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on November 20, 2007, a letter was filed by counsel for appellees requesting that a briefing schedule be entered (D.I. 6);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 18, 2008.

CHIEF UNITED STATES DISTRICT JUDGE

December 19, 2007

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE