LOUIS M. TARASI, JR. *
ELIZABETH M. TARASI

CHRISTINA K. HURNYAK *
C. WILLIAM KENNY
GIANNI FLORO

# TARASI & TARASI, P.C.

## Attorneys and Counselors At Law

510 Third Avenue
Pittsburgh, Pennsylvania 15219-2191
Phone: (412) 391-7135  Fax: (412) 471-2673
Website:  www.tarasilaw.com
Email:  lawyers@tarasilaw.com

January 18, 2008

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

   RE:  Horan v. Danton
      CIVL ACTION NO 07-629 GMS

Dear Clerk of Courts:

  Enclosed for filing in the above captioned matter, please find the parties Joint Proposed Briefing Schedule, and proposed order of court. I am admitted pro hac vice in that case, and will be submitted a form for an ECF filing password. Unbeknownst to me, neither my local counsel, or opposing counsel has an ECF filing password for this District Court. Please file these documents as I await my ECF registration and am able to do so independently.

  Thank you in advance for your professional courtesy.

       Sincerely,

       TARASI & TARASI, P.C.

       C. William Kenny, Esquire

Enclosure
Cc
Steven E. Angstreich, Esquire

2008 JAN 23  PM 1: 30
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED