# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| PROFESSIONAL VIDEO ASSOC. INC | : | BANKRUPTCY CASE NO. 05- |
| 00016 | | |
| Debtor | : | |
| MICHAEL J. HORAN | : | |
| Appellant | : | |
| v. | : | CIVL ACTION NO 07-629 GMS |
| WILLIAM DANTON, et al. | : | |
| Appellees | : | |

## PROPOSED BRIEFING SCHEDULE

WHEREAS, on December 19, 2007, the Court entered an order directing the parties to submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 18, 2008, the parties jointly submit the following:

1. Appellant's Opening Brief to be filed no later than February 19, 2008;

2. Appellees' Answering Brief to be filed no later than March 19, 2008;

3. Appellant's Reply Brief to be filed no later than April 2, 2008;

|  | Respectfully Submitted: |
|---|---|
| *[signature]* | *[signature]* |
| Louis M. Tarsi, Jr., Esquire | Steven E. Angstreich, Esquire |
| C. William Kenny, Esquire | Levy Angstreich, Finney, Baldante, |
| Tarasi & Tarasi, P.C. | Rubenstein & Coren, P.C. |
| 510 Third Avenue | 1616 Walnut Street, 18th Floor |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |
| Attorneys for Michael J. Horan | Attorney for William Danton. |

Local Counsel:
Elwyn Evans, Jr., Esquire
DE ID No.: 000785
1232 King Street, Suite 100
P.O. Box 1037
Wilmington, DE 19899
Attorneys for Michael J. Horan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| PROFESSIONAL VIDEO ASSOC. INC | : | BANKRUPTCY CASE NO. 05-00016 |
| Debtor | : | |
| MICHAEL J. HORAN | : | |
| Appellant | : | |
| v. | : | CIVL ACTION NO 07-629 GMS |
| WILLIAM DANTON, et al. | : | |
| Appellees | : | |

**ORDER OF COURT**

WHEREAS, on December 19, 2007, the Court entered an order directing the parties to submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 18, 2008, and the Court having received the same, it is hereby ORDER:

1. Appellant's Opening Brief to be filed no later than February 19, 2008;

2. Appellees' Answering Brief to be filed no later than March 19, 2008;

3. Appellant's Reply Brief to be filed no later than April 2, 2008;

Dated: _____                    _____
                                            Gregory M. Sleet
                                            Chief United States District Judge